JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**THE ENTERTAINMENT TEAM (T.E.T.), LLC, an unknown business entity d/b/a LOS ANGELES BREWING COMPANY,**<br><br>Defendant. | Case No. 2:13-CV-09067-WDK (PLAx)<br><br>**JUDGMENT** |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendant The Entertainment Team (T.E.T.), LLC, an unknown business entity d/b/a Los Angeles Brewing Company, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendant The Entertainment Team (T.E.T.), LLC, an unknown business entity d/b/a Los Angeles Brewing Company, as follows:

(a) defendant The Entertainment Team (T.E.T.), LLC, an unknown business entity d/b/a Los Angeles Brewing Company, shall pay the plaintiff, J & J Sports Productions, Inc., $14,300.00 in total damages plus attorneys' fees in the amount of $1,458.00 plus costs.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail or by telefax or by email, copies of this Order on counsel in this matter.

Dated: October 6, 2014

_____

William Keller
United States District Judge