1  Al Lustgarten, Bar # 189503
   Lustgarten Law
   30851 Agoura Rd # 114
2  Agoura Hills, Ca 91301
   Phone; 818-907-5866   Fax 818-461-5959
3  Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC,           )
                                       )
         Plaintiff,         vs.        )   Case No.: 2:13-CV-09067-WDK-PLA
                                       )
THE ENTERTAINMENT TEAM, et al,         )   **RENEWAL OF JUDGMENT BY CLERK**
                                       )
         Defendant,                    )
                                       )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant The Entertainment Team (T.E.T) an unknown entity dba Los Angeles Brewing entered on October 6, 2014, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $ 15,758.00 |
| b. | Costs and fees after judgment | $ 0.00 |
| c. | **Subtotal *(add a and b)*** | **$ 15,758.00** |
| d. | Credits | $ 0.00 |
| e. | Subtotal *(subtract d from c)* | $ 15,758.00 |
| f. | Interest after judgment (.10%) | $ 142.16 |
| g. | Fee for filing renewal of application | $ 0.00 |
| h. | **Total renewed judgment (add e, f and g)** | **$15,900.16** |

Dated: July 10, 2024         CLERK, by Deputy  *Sharon Hall Brown*
                                              _____

Renewal of Judgment